**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIE TAYLOR,<br><br>      Petitioner,<br><br>  v.<br><br>FEDERICO L. ROCHA, U.S. Marshal<br><br>      Respondent. | **Case No. C-05-CV-04959 MJJ**<br><br>**ORDER FOR TRANSMISSION OF MEDICAL RECORDS INCLUDING CURRENT MEDICAL REPORTS ON PETITIONER BARRIE TAYLOR'S MEDICAL AND PSYCHOLOGICAL CONDITION** |

GOOD CAUSE APPEARING, based on the agreement of the parties, IT IS ORDERED that the Santa Clara Department of Corrections forward to this Court, under seal and for initial review by the Court *in camera,* medical records and any recently produced medical, psychiatric, or psychological reports bearing on Petitioner Barrie Taylor's medical and psychological condition, including reports concerning her recent transfer, for medical reasons, from the jail at Elmwood to the jail facility in San Jose, California, for care and treatment. Compliance with this Order will facilitate the Court's review of concerns expressed by Petitioner's counsel that Petitioner's medical and psychological condition is interfering with her participation in the litigation of her *habeas corpus* Petition, and will permit both parties to review the medical opinions and history of treatment of Petitioner while in custody. Upon receipt of the records, and after the Court's initial review, the records will be disseminated to both parties under conditions, such as a protective Order, to be addressed at a later time.

This Order is also issued to assist counsel for Petitioner in furnishing to appropriate

authorities in the Executive Branch of the United States, including with the Department of State, information about Petitioner's current medical and psychological condition that may be relevant to any decisions the Executive Branch may be required to make in regard to Petitioner's extradition proceeding.

The Santa Clara Department of Corrections, Santa Clara County counsel, or any other office authorized to represent corrections or jail officials in Santa Clara County, California, shall be permitted to file any objections or motion to vacate this Order within 21 days of their receipt of this Order. The records at issue shall be deposited with the Court under seal within 15 days of receipt by the Santa Clara Department of Corrections of a copy of this Order. Counsel for Petitioner is directed to transmit copies of the signed Order bearing electronic filing date-stamp marks to the Santa Clara Department of Corrections forthwith, and counsel shall maintain a record of the date and means of the service.

IT IS SO ORDERED.

Dated: February 20, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

s/Alexis Hunter
_____
Approved as to form by Alexis Hunter, Esq.,
Assistant United States Attorney

2