IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIE TAYLOR,<br><br>    Petitioner,<br><br>  v.<br><br>FEDERICO L. ROCHA, U.S. Marshal<br><br>    Respondent.                 / | **Case No. C-05-CV-04959 MJJ**<br><br>**ORDER REGARDING MEDICAL RECORDS** |

The Court received Petitioner's medical records under seal from the Santa Clara Department of Corrections per the Court's order issued on February 20, 2007.[1] The Court performed an *in camera* review and will disseminate the medical records to the parties under protective order. The parties shall submit a stipulated protective order not later than **seven** days from the entry of this order.

**IT IS SO ORDERED**.

Dated: March 8, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 75.