|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | IN THE UNITED STATES DISTRICT COURT | |
| 9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| 10 | SAN FRANCISCO DIVISION | |
| 11 | BARRIE TAYLOR, ) | Case No. C-05-CV-04959 MJJ |
| 12 | Petitioner, ) | [PROPOSED] PROTECTIVE ORDER FOR THE RELEASE OF |
| 13 | v. ) | PETITIONER'S MEDICAL RECORDS |
| 14 | FEDERICO L. ROCHA, U.S. Marshal, ) | Dept: The Honorable Martin J. Jenkins, District Judge |
| 15 | Respondent. ) | |
| 16 | ) | |
| 17 | ) | |

18   Petitioner Barrie Taylor's medical records from the Santa Clara Department of
19 Corrections, which have been the subject of the Court's March 9, 2007 'Order Regarding
20 Medical Records' [Doc. 76] shall be released to counsel of record for the parties, Assistant
21 United States Attorney Alexis Hunter for Respondent, and John T. Philipsborn for
22 Petitioner, pursuant to this protective Order. Petitioner's released medical records shall be
23 maintained in the files and records of the above-named counsel, and shall only be
24 disseminated to persons working under counsel's supervision in the litigation of this case.
25 Should it be necessary for either or both of the parties to file any part of Petitioner's Santa
26 Clara Department of Corrections medical records with the Court, the filing shall be made
27 under seal until further Order of this Court. The Court recognizes that the parties may
28 choose to lodge copies of the medical records with the Department of State as part of the

1  extradition process.  If either party does lodge copies of part or all of the records with the
2  Department of State, it shall notify the Department of State of this Court's Order that in
3  any proceedings before this Court, Petitioner's medical records are being treated as
4  confidential documents.  Otherwise, with the exception of lodging the records with this
5  Court, or with the Department of State, the parties, or their respective lawyers, shall not
6  disseminate, file, or lodge Petitioner's Santa Clara Department of Corrections' medical
7  records without further Order of this Court.
8  Dated: _____3/15/2007_____

9                                             IT IS SO ORDERED:

12                                             _____
                                               MARTIN J. JENKINS
13                                             United States District Judge

17  s/ Alexis Hunter_____
    Approved as to form
18  ALEXIS HUNTER, ESQ.
    Assistant United States Attorney