IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIE TAYLOR, | No. C-05-04959 EDL |
| Petitioner, | **ORDER** |
| v. | |
| FEDERICO L. ROCHA, | |
| Respondent. | |

On April 18, 2006, the Court appointed John Philipsborn to represent Petitioner in this matter conditioned on Petitioner's submission of an updated financial affidavit confirming her continued lack of financial resources. The Court has reviewed the updated affidavit and finds that Petitioner qualifies for appointed counsel.

**IT IS SO ORDERED.**
Dated: June 25, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge